**Order entered July 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00268-CV

## IN THE INTEREST OF D.V.D. AND B.L.D., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-18833**

## ORDER

Before the Court is appellee's July 14, 2017 agreed motion for extension of time to file his brief. We **GRANT** his motion to the extent that we **ORDER** appellee to file the brief on or before September 5, 2017.

/s/     ELIZABETH LANG-MIERS
         JUSTICE